THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN S. TYRAN, JR., Appellant. (Appeal No. 1.) [670 NYS2d 154] —Judgment unanimously modified on the law and as modified affirmed and matter remitted to Niagara County Court for resentencing in accordance with the following Memorandum: Because County Court failed to sentence defendant as a second felony offender, the sentence imposed upon his conviction of

criminal contempt in the first degree is illegal and must be vacated. Thus, we remit the matter to Niagara County Court for resentencing on that count (*see, People v Highsmith,* 248 AD2d 961 [decided herewith]; *People v Sanchez,* 244 AD2d 922). We reject the contention of defendant that his sentence is otherwise unduly harsh or severe. (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Contempt, 1st Degree.) Present—Green, J. P., Lawton, Wisner, Callahan and Balio, JJ.